UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo

CN 4853

Trenton, NJ    08650

(609) 587-6888

Standing Chapter 13 Trustee

In re:

Leslie A Eberhardt

                              Debtor(s)

Case No. 20-14162 / MBK

Hearing Date: July 22, 2020  10:00 am

Judge: Michael B. Kaplan

Chapter: 13

## TRUSTEE'S OBJECTION TO DEBTOR(S) CHAPTER 13 PLAN

Albert Russo, Standing Chapter 13 Trustee, objects to the Debtor(s) Plan for the following reason(s):

**The debtor has failed to supply the Trustee with the following document(s):**

**A copy of the last filed tax return  - 2019 by 8/30/2020.**

**Need January and February bank statements for Ally account #5380.  Need a statement for the whole life insurance policy.**

**The debtor(s) is not paying all disposable income into the plan pursuant to either Schedules I & J or Form 22C based upon the Trustee's review of the income and tax returns provided.   The Trustee's calculations are higher for the following reason(s): Verified income leaves monthly disposable income of $1,272.85.**

**The Plan provides for payment on unsecured claims of less than that which would be distributed upon liquidation under Chapter 7, as prohibited by 11 U.S.C. § 1325(a)(4): There is $48,216.94 in non exempt equity in the residence.
There is $622 in non exempt equity in her bank accounts.**

**Need to file Pre-confirmation Certification.**
**The attorneys fees in the plan and disclosure statement do not agree.  The plan states attorney's fees of $3,140 will be paid through the plan.  The disclosure statements states that $3,140 will not be paid through the plan.  One of these must be amended.**

WHEREFORE, Standing Chapter 13 Trustee, Albert Russo, objects to confirmation of the plan.

  /s/   Albert Russo

  Albert Russo

  Standing Chapter 13 Trustee

  by: Erik Collazo, Staff Attorney